No. 93–7610. GRAJEDA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7612. FONVILLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7634. MALA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–7640. MUNGUIA v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7643. MANCILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7665. CAIN v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 93–7722. CHRISTESON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–7795. BENSON v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7838. COLLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7912. DUNHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7934. LAWSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7970. CROOK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8000. AGUILAR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8008. CHASE v. CALIFORNIA; and
No. 93–8303. HANKINS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8033. STODDARD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.